IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20407-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FAUSTO P. CASTILLO,

    Defendant.

_____/

## FAUSTO P. CASTILLO'S UNOPPOSED MOTION FOR COMPASSIONATE RELEASE

The Defendant, FAUSTO P. CASTILLO ("CASTILLO"), by and through undersigned counsel, respectfully requests this Court grant him compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) to modify his sentence to time served.

To the best of undersigned counsel's understanding, CASTILLO has satisfied the statutory requirement in § 3582(c)(1)(A). BOP has denied CASTILLO's request for Compassionate Release and therefore, the Court has jurisdiction over this instant motion.

On August 21, 2023, CASTILLO surrendered at FCI Miami to commence a 13-month sentence.

CASTILLO is an 82-year-old man with an extensive history of medical issues. Due to his medical condition, he requires an extensive list of prescribed medications (See Paragraph 90 of the PSR attached). Pre-incarceration, despite his extensive medical complications, CASTILLO self-described his health as "fair" (See Paragraph 88 of the PSR attached).

Post incarceration CASTILLO's health has gravely deteriorated.

Despite providing a list of medications that he must take, the medical facility at FCI Miami is wholly inadequate. One of the ailments that CASTILLO suffers from is Chronic Obstructive Pulmonary Disease (COPD), which refers to a group of diseases that cause airflow blockage and breathing-related problems. It includes emphysema and chronic bronchitis. COPD makes breathing difficult for the 16 million Americans who have this disease (See Paragraphs 87-90 of the PSR attached).

FCI Miami did not have the appropriate inhaler to treat this condition despite being put on notice.  Therefore, in September 2023, CASTILLO was hospitalized twice for pneumonia and breathing problems.  The first admission was to Jackson South.  The second time CASTILLO passed out in the shower, and he was taken to Larkin Hospital. He spent a total of 9 days in the hospital before returning to FCI Miami.

In January 2024, CASTILLO's arthritis flared up in his hips.  He was in great pain and unable to walk. With the help of other inmates, they put him in a wheelchair and took him to medical.  Medical was unable to treat or provide medication for relief.  Medical wheeled him back to his bed where he remained in pain and immobile for several days.

On January 17, 2024, Castillo developed pneumonia again and he was unable to get out of bed.  Medical was unable to treat him at FCI.  Fellow inmates brought Castillo's dire condition to other staff at FCI and he was finally taken to Jackson South on January 20, 2024, where, as the filing of this motion, he remains with a diagnosis of pneumonia.

Undersigned counsel has conferred with Assistant United States Attorney Lindsey Lazopoulos Friedman who has no objection to this motion.

WHEREFORE, the Defendant, FAUSTO CASTILLO, respectfully requests this Honorable Court grant this motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) to modify his sentence to time served.

Respectfully submitted,

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206
ROSENBAUM & ACEVEDO, LLP
100 SE 2nd Street, Suite 3400
Miami, Florida 33131
Tel: (305) 446-6099
Fax:(305) 675-6156
Email: jsr@rosenbaumacevedolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January, 2024, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Joseph S. Rosenbaum*
Joseph S. Rosenbaum, Esquire
Florida Bar No. 240206