IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20407-RKA

UNITED STATES OF AMERICA,

    Plaintiff,
v.

FAUSTO P. CASTILLO,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT FAUSTO P. CASTILLO'S UNOPPOSED MOTION FOR COMPASSIONATE RELEASE

**THIS MATTER** came before the court on the Defendant, Fausto P. Castillo's, Unopposed Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), and the Court having been otherwise fully advised of the premises herein, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion for Compassionate Release is **GRANTED.** The Defendant's sentence shall be modified to time served.

**DONE AND ORDERED** in Miami, Florida on this _____ day of January, 2024

                                              _____
                                              ROY K. ALTMAN
                                              UNITED STATES DISTRICT JUDGE